UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 4:20-cr-045 |
| v. | ) |
| | ) |
| SHARON ELIZABETH KEEGAN | ) |

## ORDER

The motion is GRANTED. The government has an additional 14 days to respond to the defendant S. Keegan's pre-trial motions. The Court finds that the motion is not for the purpose of unnecessary delay, and the ends of justice outweigh the interests of the defendant and the public in a speedy trial. Therefore, this time shall be excluded from computation of the provisions of the Speedy Trial Act.

SO ORDERED this 26th day of OCTOBER, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA