# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-45 |
| SHARON ELIZABETH KEEGAN, | |
| Defendant. | |

## O R D E R

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until October 28, 2022.

**SO ORDERED**, this 29th day of April, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA